No. 63159.—D. A. Rosow, Inc. *v.* United States, protest 58/19974 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63160.—Universal Transcontinental Corp. *v.* United States, protest 58/20161 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63161.—T. M. Duche & Sons, Inc. *v.* United States, protest 58/20267 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63162.—Lep Transport, Inc. *v.* United States, protest 58/17013 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63163.—King Shipping Company *v.* United States, protest 58/19300 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63164.—J. M. Rodriquez & Co., Inc. *v.* United States, protest 58/19887 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 63165.—Unanue & Sons, Inc. *v.* United States, protest 58/20546 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.